No. 04-99-00946-CR



Jack Lavern BUSKIRK,


Appellant



v.



The STATE of Texas,


Appellee



From the 25th Judicial District Court, Guadalupe County, Texas


Trial Court No. 99-0259-CR


Honorable Dwight E. Peschel, Judge Presiding



Opinion by: Catherine Stone, Justice


Sitting: Tom Rickhoff, Justice

 Catherine Stone, Justice

 Sarah B. Duncan, Justice

 

Delivered and Filed: January 3, 2001


AFFIRMED


 Jack Lavern Buskirk ("Buskirk") pled guilty to several counts of aggravated sexual assault
and sexual assault. Buskirk's judicial confession was introduced into evidence in support of his plea.
See Watson v. State, 974 S.W.2d 763, 765 (Tex. App.--San Antonio 1998, no pet.). Buskirk was
sentenced in accordance with the terms of his plea bargain agreement. 

 Buskirk's court-appointed appellate attorney filed a brief in accordance with Anders v.
California, 386 U.S. 738 (1967), in which he concludes that the appeal has no merit. Counsel
provided Buskirk with a copy of the brief and informed him of his right to review the record and file
his own brief. See Nichols v. State, 954 S.W.2d 83, 85-86 (Tex. App.--San Antonio 1997, no pet.);
Bruns v. State, 924 S.W.2d 176, 177 n.1 (Tex. App.--San Antonio 1996, no pet.).

 We have reviewed the record and counsel's brief. We agree that the appeal is frivolous and
without merit. The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw
is granted. Nichols v. State, 954 S.W.2d at 86; Bruns 924 S.W.2d at 177, n.1. 


 Catherine Stone, Justice

DO NOT PUBLISH